UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
AUG 24 2004
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

GETHSEMANE 84, INC., and
PRISMATIC IMAGES, INC.,

    Plaintiff,

Case No.: 03-74832
Hon. Paul D. Borman
Magistrate Judge Virginia M. Morgan

UNIVERSAL MUSIC AND DISTRIBUTION
CORP., MOS DEF, RAWKUS ENTERTAINMENT,
LLC., J. RAWLS, and TALIB KWELI

    Defendants.

---

**STEVEN T. KIOUSIS & ASSOCIATES, P.C.**
Steven T. Kiousis (P46573)
Attorney for Plaintiff
24901 Northwestern Hwy., Suite 122
Southfield, MI 48075
(248) 945-1000

---

## ORDER FOR ALTERNATE SERVICE

    That despite Plaintiff's attempts to serve Defendant Talib Kweli with summons and complaint, pursuant to Fed. Rule. Civ. Pro 4, service of process upon the Defendant Talib Kweli cannot be reasonably made and Plaintiff has requested that service of process be made in a manner which is reasonably calculated to give Defendant Talib Kweli actual notice of the proceedings and an opportunity to be heard through alternate means.

    **IT IS ORDERED** that service of the summons and complaint and a copy of this order be made by First Class Mail and by tacking or firmly affixing the summons and complaint and this order to the door at Defendant Talib Kweli's last known address being **471 Clinton Avenue, Apartment 1, Brooklyn, NY 11238.**

Date: AUG 24 2004

_____
Hon. Paul D. Borman